IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| OCTAVIOUS WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00197-TES-MSH |
| | * |
| WARDEN RONALD BRAWNER, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 25, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 25th day of June, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk